IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DILLON M. CHIHULY,

    Plaintiff,

v.

NVW NEWCO, LLC, d/b/a
New Vision Wilderness Therapy,

    Defendant.

ORDER FOR FINAL JUDGMENT

25-cv-308-wmc

---

Consistent with the Offer of Judgment under Fed. R. Civ. P. 68 filed with the court on August 18, 2025 (dkt. #5), as modified during a telephonic hearing on November 19, 2025, at which plaintiff appeared by Thomas Loonan and defendant appeared by Stephanie Dykeman, IT IS HEREBY ORDERED that the Clerk of Court shall enter final judgment in favor of plaintiff Dillon M. Chihuly and against defendant NVW NewCo, LLC, d/b/a New Vision Wilderness in the amount of Ten Million Dollars ($10,000,000) without costs.

Entered this 19th day of November, 2025.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge